## CONFORMED

1  Gail E. Cohen (093210),
   gcohen@barwol.com
2  Sarah Houshiar (235084),
   shoushiar@barwol.com
3  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor  *E-filing*
4  Los Angeles, California 90071
   Telephone: (213) 680-2800
5  Facsimile: (213) 614-7399

6  Attorneys for Defendant
   Primerica Life Insurance Company
7

**ORIGINAL
FILED**

APR 29 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10

*ADR*

*MMC*

| | |
|---|---|
| 11  HERMY A. FUENTES and VIRGINIA<br>12  FUENTES,<br><br>13          Plaintiffs,<br><br>14      vs.<br><br>15  PRIMERICA LIFE INSURANCE<br>    COMPANY and DOES 1 through 20,<br><br>16          Defendants.<br>17<br>18<br>19 | CASE NO. C08-02210<br><br>DEFENDANT PRIMERICA LIFE<br>INSURANCE COMPANY'S NOTICE<br>OF REMOVAL PURSUANT TO 28<br>U.S.C. §§ 1332, 1441 and 1446;<br>DECLARATIONS OF MAUREEN M.<br>MIDDLETON AND SARAH<br>HOUSHIAR IN SUPPORT<br><br>[Diversity Jurisdiction]<br><br>Complaint Filed: March 24, 2008 |

20

21

22

23

24

25

26

27

28

i:\office\10406\018\08pleadings\removal - notice of removal (fed ct).doc

1    TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN

2    DISTRICT OF CALIFORNIA:

3

4    PLEASE TAKE NOTICE that pursuant to 28 U.S.C. sections 1332, 1441, and

5    1446, Defendant Primerica Life Insurance Company ("Primerica") hereby seeks

6    removal of civil action, Case No. HG08378091, from the Superior Court of the State

7    of California for the County of Alameda to the United States District Court for the

8    Northern District of California. Removal of this action is proper for the following

9    reasons:

10

11    **PARTIES**

12    1.    Primerica is the only non-fictitiously named defendant in the civil action

13    filed on or about March 24, 2008, in the Superior Court of the State of California for

14    the County of Alameda, entitled "*HERMY A. FUENTES and VIRGINIA FUENTES,*

15    *Plaintiffs, vs. PRIMERICA LIFE INSURANCE COMPANY and DOES 1 through 20,*

16    *Defendants,*" Case Number HG08378091. All other remaining defendants named in

17    this action are fictitiously named and need not be considered for purposes of removal.

18    28 U.S.C. § 1441(a). *See also Salveson v. Western Bankcard Assn.*, 731 F.2d 1423,

19    1429 (9th Cir. 1984) (finding non-served defendants need not be joined by the

20    removing defendant). A true and correct copy of the Complaint and accompanying

21    Summons is attached to the Declaration of Sarah Houshiar ("Houshiar Decl."), along

22    with the entire process and pleadings filed in state court, as Exhibit "A".

23

24    **TIMELINESS**

25    2.    Primerica was served by mail with acknowledgement of receipt with the

26    Summons and Complaint in this matter by Plaintiffs Hermy A. Fuentes and Virginia

27    Fuentes ("Plaintiffs"), on March 31, 2008. Primerica had not previously received a

28    copy of said Summons and Complaint.

3.    This removal is timely under 28 U.S.C. section 1446(b), in that removal is sought within thirty (30) days after service of the Summons and Complaint, which was the initial receipt by Primerica of a copy of the initial pleading in this action.

## DIVERSITY JURISDICTION

4.    This is a civil action for which this Court has jurisdiction under the provisions of 28 U.S.C. section 1332, and is one that may be removed to this Court by Primerica pursuant to the provisions of 28 U.S.C. section 1441(b), in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, as set forth more fully below.

A.    **Citizenship**

5.    At the time this action was commenced in state court, Primerica is informed and believes that Plaintiff Hermy A. Fuentes was and is an individual residing in San Francisco, in the State of California, and domiciled therein.  Primerica is further informed and believes that Plaintiff Virginia Fuentes was and is an individual residing in San Francisco, in the State of California, and domiciled therein. *Houshiar Decl.* ¶ 3, Exhibit "B".  On information and belief, Plaintiffs' citizenship as residents of California has not changed since the filing of the Complaint.

6.    Primerica is, and at all relevant times was, a corporation organized and existing under the laws of the Commonwealth of Massachusetts, having its principal place of business in Duluth, Georgia. *See Houshiar Decl.* ¶ 4; excerpt from California Secretary of State's worldwide website[1] attached to the Houshiar Decl. as Exhibit "C"; Best's Insurance Report attached to the Houshiar Decl. as Exhibit "D."

---

[1]  http://kepler.ss.ca.gov/corpdata/ShowAllList?QueryCorpNumber=C0155630

1  A corporation has only one principal place of business. *See* 28 U.S.C. section
2  1332(c)(1); *see also United Computer Systems, Inc. v. AT&T Corp.*, 298 F.3d 756,
3  763 (9th Cir. 2002).

4

5     7.    More than 99% of Primerica's assets, worth in excess of $61 million,
6  and 99.7% of its tangible assets are located in Georgia. Declaration of Maureen M.
7  Middleton ("Middleton Decl."), ¶ 2. In addition, 94% of Primerica's employees are
8  located at Primerica's headquarters in Georgia, including its entire administrative,
9  underwriting and claims department staffs. *Id.*

10

11    8.    Based on Paragraphs 5 - 7 above, there is complete diversity of
12  citizenship between Plaintiff and Primerica.

13

14    B.    **Amount in Controversy**
15    9.    On the face of the Complaint the amount in controversy is in excess of
16  $75,000.00. The Complaint alleges one cause of action for (1) Breach of Contract.
17  *See* Complaint ¶¶ V – IX.

18

19    10.   One need only look at the amount of compensatory damages allegedly
20  due to satisfy the amount in controversy requirements for federal jurisdiction. More
21  specifically, Plaintiffs allege that Primerica failed and refused to pay death benefits to
22  Plaintiffs in the amount of $150,000. *See* Complaint ¶ VIII.

23

24           **PROCESS**
25    11.   As set forth above, Exhibit "A" attached to the Houshiar Decl. ¶ 2,
26  constitutes the entire process and pleadings filed in the state court action.

27

28    12.   This Notice of Removal is being filed without prejudice to the objections

1  and defenses of Primerica.

2

3       13.    Written notice of the filing of this Notice of Removal has been given to

4  all adverse parties and a copy has been filed with the Clerk of the Superior Court of

5  the State of California for the County of Alameda in accordance with the provisions

6  of 28 U.S.C. section 1446(d).

7

8       WHEREFORE, Primerica prays that the above action pending in the Superior

9  Court of the State of California for the County of Alameda, Case No. HG08378091,

10  be removed from that Court to this Court.

11

12  Dated: April 22, 2008                   BARGER & WOLEN LLP

13

14                             By: _____

15                               GAIL E. COHEN

                             SARAH HOUSHIAR

16                               Attorneys for Defendant Primerica

                             Life Insurance Company

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF MAUREEN M. MIDDLETON

I, Maureen M. Middleton, hereby declare as follows:

1.     I am employed as a Vice-President and Assistant General Counsel of Defendant Primeriea Life Insurance Company ("Primerica"). In that capacity, I directly participate in the handling of certain benefits claims made under life insurance policies issued by Primerica, including litigation arising out of claims disputes. I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness, could and would competently testify to those facts.

2.     More than 99% of Primerica's assets, worth in excess of $61 million, and 99.7% of Primerica's tangible property, are located in Georgia. In addition, 94% of Primerica's employees, including Primerica's entire administrative, claims handling and underwriting departments are located at Primerica's headquarters in Georgia.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 18th day of April, 2008, at Duluth, Georgia.

_MAUREEN M. MIDDLETON_
MAUREEN M. MIDDLETON

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-6-

DECLARATION OF SARAH HOUSHIAR

I, Sarah Houshiar, declare as follows:

1. I am an attorney licensed to practice in this Court and all the courts in the State of California and I am an associate with Barger & Wolen, LLP, counsel of record for Primerica Life Insurance Company ("Primerica"), defendant in this action. I am one of the attorneys with responsibility for the handling of this matter. I have personal knowledge of the matters set forth below, and if necessary could competently testify as to such matters.

2. Attached hereto as Exhibit "A" is the entire process and pleadings filed in Superior Court of the State of California for the County of Alameda, Case No. HG08378091.

3. Attached hereto as Exhibit "B" is a true and correct redacted copy of the "Claimant's Statement" for benefits Plaintiffs submitted to Primerica (dated April 11, 2006) that identifies Plaintiffs' residence address as being located in San Francisco, California.

4. Attached hereto as Exhibit "C" is a true and correct copy of an excerpt from the California Secretary of State's worldwide website[2] indicating that Primerica is incorporated in the Commonwealth of Massachusetts with its principal place of business located at 3120 Breckinridge Boulevard, Duluth, Georgia 30099. Attached hereto as Exhibit "D" is an excerpt from Best's Insurance Report, a guide published by A.M. Best, Inc., providing detailed profiles of insurance company operations and performance, confirming the same.

1

2       I declare under the laws of the State of California and the United States that the

3   foregoing is true and correct.

4

5       Executed this 22nd day of April, 2008, at Los Angeles, California.

6

7                                       SARAH HOUSHIAR

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    [2]  http://kepler.ss.ca.gov/corpdata/ShowAllList?QueryCorpNumber=C0155630.

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES  CA 90071
(213) 680-2800

- 8 -

**EXHIBIT A**



# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
PRIMERICA LIFE INSURANCE COMPANY and DOES 1 through 20

```
*6349341*
```
*(SOLO PARA USO DE LA CORTE...)*

# FILED
**ALAMEDA COUNTY**

MAR 2 4 2008

CLERK OF THE SUPERIOR COURT

By _____ *Cecilia Orchundo* _____
                                    Deputy

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
HERMY A. FUENTES and VIRGINIA FUENTES

---

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
24405 Amador Street, Hayward, CA 94544

CASE NUMBER *(Número del Caso):* **HG 08 378 091**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Gordon J. Finwall (Bar # 141777)                     Phone No.: (408) 350-4041
FINWALL LAW OFFICES                                   Fax No.: (408) 350-4042
1501 The Alameda, San Jose, CA 95126

DATE **MAR 2 4 2008**    PAT SWEETEN    Clerk, by _____ *Cecilia Orchundo* _____ , Deputy
*(Fecha)*    EXECUTIVE OFFICER/CLERK *(Secretario)*                                    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
       [ ] CCP 416.20 (defunct corporation)       [ ] CCP 416.70 (conservatee)
       [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
       [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

[SEAL]
*Superior Court of California, County of Alameda*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

*LexisNexis® Automated California Judicial Council Forms*



1 | Gordon J. Finwall, SB #141777
FINWALL LAW OFFICES
2 | 1501 The Alameda
San Jose, CA 95126
3 | (408) 350-4041
FAX (408) 350-4042
4
Attorneys for Plaintiffs

F I L E D
ALAMEDA COUNTY

MAR 2 4 2008

CLERK OF THE SUPERIOR COURT
By _Cecilia Amehundo_
                    Deputy

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

(UNLIMITED JURISDICTION)

HERMY A. FUENTES and VIRGINIA )    NO. H G 0 8 3 7 8 0 9 1
FUENTES,                      )
                              )    COMPLAINT FOR MONEY
          Plaintiffs,         )    (Breach of Life Insurance Contract)
                              )
vs.                           )
                              )
PRIMERICA LIFE INSURANCE      )
COMPANY and DOES 1 through 20,)
                              )
          Defendants.         )
_____)

Plaintiffs HERMY FUENTES and VIRGINIA FUENTES allege:

I

Defendant PRIMERICA LIFE INSURANCE COMPANY (hereinafter "PRIMERICA")

is a Massachusetts corporation authorized to do business in California by the California Secretary of

State and California Department of Insurance with offices in the City of San Leandro, County of

Alameda, State of California.

II

The true names and capacities, whether individual, corporate, associate or otherwise, of

defendants named herein as DOES 1 through 20, are unknown to Plaintiffs, who therefore sue these

defendants by such fictitious names, and Plaintiffs will amend this complaint to show their true names

COMPLAINT FOR MONEY                    1

1    and capacities when they have been ascertained. Plaintiffs are informed and believe and thereon allege

2    that each of the fictitiously named defendants is responsible in some manner for the occurrences herein

3    alleged, and that Plaintiffs' damages as herein alleged were proximately caused by such defendants.

4                                     III

5           Plaintiffs are informed and believe and thereon allege that at all times herein mentioned,

6    each of the defendants was the agent of each of the remaining defendants, and in doing the things

7    hereinafter alleged, was acting within the course and scope of such agency and with the permission and

8    consent of his/her/its codefendants.

9                                     IV

10          Plaintiffs are the parents of decedent Mercedes P. Fuentes (hereinafter "decedent"), who

11    died on March 29, 2006.

12                                    V

13          On or about January 7, 2005, PRIMERICA, in consideration of the payment to it of

14    specified premiums, issued a policy of term life insurance to decedent, specifically policy number

15    0433333419, whereby decedent's life was insured in the face amount of $150,000.00. Said life

16    insurance policy bears a policy date of January 15, 2005 and an expiry date of January 15, 2051.

17    Plaintiffs, and both of them, are the sole beneficiaries named in the life insurance policy.

18                                     VI

19          On the date of decedent's death the life insurance policy was in full force and effect.

20    Decedent died in South San Francisco, County of San Mateo, State of California.

21                                   VII

22          Plaintiffs and decedent performed all the conditions of the life insurance policy on their

23    part to be performed, and, in accordance with the terms of the policy, Plaintiffs gave PRIMERICA due

24    and timely notice and proof of death.

25                                   VIII

26          Plaintiffs have demanded of PRIMERICA payment of $150,000.00, the amount in which

27    decedent's life was insured as hereinabove alleged, but PRIMERICA failed and refused, and continues

28    to fail and refuse, to pay the whole or any part of that amount.

COMPLAINT FOR MONEY           2

IX

As a proximate result of PRIMERICA's failure and refusal as herein alleged, Plaintiffs have been damaged in the sum of $150,000.00, together with interest thereon at the legal rate in a sum according to proof.

**WHEREFORE**, Plaintiffs pray judgment against PRIMERICA and DOES 1 through 20, and each of them, as follows:

1.    For the sum of $150,000.00 with legal interest thereon in a sum according to proof;

2.    For costs of suit herein incurred; and

3.    For such other and further relief as the court may deem proper.

DATED:    March 19, 2008                    FINWALL LAW OFFICES

By_____
GORDON J. FINWALL, Attorneys
for Plaintiffs

COMPLAINT FOR MONEY                    3

-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Gordon J. Finwall (State Bar # 141777)
FINWALL LAW OFFICES
1501 The Alameda, San Jose, CA 95126
TELEPHONE NO. (408) 350-4041    FAX NO. (408) 350-4042
ATTORNEY FOR (Name): Plaintiffs

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS 24405 Amador Street
MAILING ADDRESS
CITY AND ZIP CODE Hayward, CA 94544
BRANCH NAME

```
                          *6349345*
                          6349345

            F I L E D
            ALAMEDA COUNTY

            MAR 2 4 2008

CLERK OF THE SUPERIOR COURT
By
                              Deputy
```

CASE NAME
HERMY A. FUENTES v. PRIMERICA LIFE INSURANCE

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER RG08378091 |
|---|---|---|---|---|
| [X] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter [ ] Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | | JUDGE<br>DEPT |

Items 1–6 below must be completed (see instructions on page 2).

1 Check one box below for the case type that best describes this case.

| Auto Tort | Contract | Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | [ ] Antitrust/Trade regulation (03) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | [ ] Other collections (09) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Insurance coverage (18) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | [X] Other contract (37) | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | **Real Property** | [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| [ ] Other PI/PD/WD (23) | [ ] Eminent domain/Inverse condemnation (14) | |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | **Enforcement of Judgment** |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | [ ] Enforcement of judgment (20) |
| [ ] Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| [ ] Defamation (13) | [ ] Commercial (31) | [ ] RICO (27) |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] Other complaint (not specified above) (42) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | **Miscellaneous Civil Petition** |
| [ ] Professional negligence (25) | **Judicial Review** | [ ] Partnership and corporate governance (21) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Other petition (not specified above) (43) |
| **Employment** | [ ] Petition re: arbitration award (11) | |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2 This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a [ ] Large number of separately represented parties    d. [ ] Large number of witnesses
b [ ] Extensive motion practice raising difficult or novel    e. [ ] Coordination with related actions pending in one or more courts issues that will be time-consuming to resolve    in other counties, states, or countries, or in a federal court
c. [ ] Substantial amount of documentary evidence    f. [ ] Substantial postjudgment judicial supervision

3 Remedies sought (check all that apply): a.[X] monetary    b.[ ] nonmonetary; declaratory or injunctive relief    c [ ] punitive
4 Number of causes of action (specify): ONE (1)
5 This case [ ] is [X] is not a class action suit.
6 If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: March 19, 2008
Gordon J. Finwall
(TYPE OR PRINT NAME)    ►    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2 30, 3 220, 3 400–3 403, 3 740
Cal. Standards of Judicial Administration, std 3 10
www.courtinfo.ca.gov
LexisNexis® Automated California Judicial Council Forms

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

**CIVIL CASE COVER SHEET**
*LexisNexis® Automated California Judicial Council Forms*

Finwall Law Offices
Attn: Finwall, Gordon J.
1501 The Alameda
San Jose, CA  95126

## Superior Court of California, County of Alameda

| Fuentes | | No. HG08378091 |
|---|---|---|
| | **Plaintiff/Petitioner(s)** | |
| VS. | | **NOTICE OF CASE MANAGEMENT CONFERENCE AND ORDER** |
| Primerica Life Insurance | | Unlimited Jurisdiction |
| | **Defendant/Respondent(s)** | |
| | (Abbreviated Title) | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD.

Notice is given that a Case Management Conference has been scheduled as follows:

| Date: 10/02/2008 | Department: **23** | Judge:  **Winifred Y. Smith** |
|---|---|---|
| Time: 09:00 AM | Location: **Administration Building** | Clerk:  **Yvonne Bazzell** |
| | **Fourth Floor** | Clerk telephone:  **(510) 267-6939** |
| | **1221 Oak Street, Oakland  CA 94612** | E-mail: |
| | | **Dept.23@alameda.courts.ca.gov** |
| | Internet: **http://www.alameda.courts.ca.gov** | Fax:  **0** |

### ORDERS

1.  You must:
    a.  **Serve** all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (CRC 3.110(b));
    b.  **Give notice** of this conference to any party not included in this notice and file proof of service;
    c.  **Meet and confer**, in person or by telephone, to consider each of the issues identified in CRC 3.724 no later than **30** calendar days before the date set for the Case Management Conference;
    d.  **File and serve** a completed Case Management Conference Statement (use of Judicial Council Form CM 110 is <u>mandatory</u>) at least **15** days before the Case Management Conference (CRC 3.725)

2.  If you do not follow the orders above, you are hereby ordered to show cause why you should not be sanctioned under CRC 2.30.  The hearing on the Order to Show Cause re: Sanctions will be at the same time as the Case Management Conference.  Sanctions may include monetary sanctions and any other sanction permitted by law, including striking pleadings or dismissing the action.

3.  You are further ordered to appear in person* (or through your attorney of record) at the Case Management Conference noticed above.  You must be thoroughly familiar with the case and fully authorized to proceed.

4.  The Direct Calendar Judge will issue orders at the conclusion of the conference that should include:
    a.  Referring to ADR and setting an ADR completion date
    b.  Dismissing or severing claims or parties
    c.  Setting a trial date.

*Telephonic appearances at Case Management Conferences may be available by contacting CourtCall, an independent vendor, at least 3 business days prior to the scheduled conference.  Parties may make arrangements by calling 1-888-882-6878, or faxing a service request to 1-888-882-2946.  This service is subject to charges by the vendor.

**CLERK'S CERTIFICATE OF MAILING**

I certify that the following is true and correct:  I am the clerk of the above-named court and not a party to this cause  I served this Notice of Hearing by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 03/28/2008.

By _____

Deputy Clerk

*Superior Court of California, County of Alameda*



*Notice of Judicial Assignment for All Purposes*

Case Number: HG08378091
Case Title:    Fuentes VS Primerica Life Insurance
Date of Filing: 03/24/2008

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**This case is hereby assigned for all purposes to:**

| | |
|---|---|
| Judge: | Winifred Y. Smith |
| Department: | 23 |
| Address: | Administration Building |
| | 1221 Oak Street |
| | Oakland CA  94612 |
| Phone Number: | (510) 267-6939 |
| Fax Number: | 0 |
| Email Address: | Dept.23@alameda.courts.ca.gov |

Under direct calendaring, this case is assigned to a single judge for all purposes including trial

**Please note: In this case, any challenge pursuant to Code of Civil Procedure §170.6 must be exercised within the time period provided by law. (See Govt. Code 68616(i); Motion Picture and Television Fund Hosp. v. Superior Court (2001) 88 Cal.App.4th 488, 494; and Code Civ. Proc. §1013.)**

IT IS THE DUTY OF EACH PLAINTIFF AND CROSS COMPLAINANT TO SERVE A COPY OF THIS NOTICE IN ACCORDANCE WITH LOCAL RULES.

<u>General Procedures</u>

All pleadings and other documents must be filed in the clerk's office at any court location except when the Court permits the lodging of material directly in the assigned department. All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

ASSIGNED FOR ALL PURPOSES TO
JUDGE Winifred Y. Smith
DEPARTMENT 23

Page 1 of 4

Counsel are expected to know and comply with the Local Rules of this Court, which are available on the Court's website at: http://www.alameda.courts.ca.gov/courts/rules/index.shtml and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

The parties are always encouraged to consider using various alternatives to litigation, including mediation and arbitration, prior to the Initial Case Management Conference. The Court may refer parties to alternative dispute resolution resources.

(1)Counsel are expected to be familiar and comply with the Statement of Professionalism of the ACBA , www.acbanet.org. (2) Appearances by attorneys who are not counsel of record are not permitted except for good cause. (3) Chambers copies of filings will not be accepted unless specifically requested by the Court. (4) Unrepresented litigants must also comply with the pertinent rules, cited above. (5) All references to "counsel" in this Order apply equally to self-represented litigants. The Court Maintains a Self-Help Center at the Wiley W. Manual Courthouse, 2nd Floor, 661 Washington St., Oakland. Telephone (510) 690-2501.

## Schedule for Department 23

The following scheduling information is subject to change at any time, without notice. Please contact the department at the phone number or email address noted above if you have questions. The Court prefers that contacts with Department 23 be by e-mail with copies to all other counsel. Counsel must confer with opposing counsel before scheduling a hearing date.

- Trials generally are held: Mondays, Tuesdays, Thursday between 9:30 a.m. and 4:30 p.m.and Wednesdays between 10:00 a.m. and 4:30 p.m. A pre-trial conference may be scheduled two weeks before trial. Pretrial conferences will be at 2:00 p.m. on Fridays.

- Case Management Conferences are held: Tuesdays, Thursdays and Fridays at 9:00 a.m. Timely filed and complete case management conference statements are required and may eliminate the need for a hearing. Tentative Rulings will be available on the Court's website 3 days before the CMC.

- Law and Motion matters are heard: Wednesdays at 9:00 a.m. and Fridays at 9:30 a.m. Only 1 Demurrer and 1 Motion for Summary Judgment/Adjudication will be set on each calendar.

- Settlement Conferences are heard: Fridays at 10:00 a.m.

- Ex Parte matters are heard: Wednesdays and Fridays at 9:00 a.m. A maximum of 3 matters will be scheduled on each calendar. Urgent matters may be specially set by contacting the department.

- (1)Counsel should anticipate and attempt to resolve discovery and other disputes. (2) No discovery motion shall be filed without prior serious efforts to resolve the dispute. (3) A Mandatory Settlement Conferences will be scheduled approximately 30 days before trial. All parties with authority to settle must be personally present. The Court requests that the parties state an objection to the Direct Calendar judge conducting the settlement conference at the time the conference is scheduled.

## Law and Motion Procedures

To obtain a hearing date for a Law and Motion or ex parte matter, parties must contact the

department as follows:

- Motion Reservations
  Email:       Dept.23@alameda.courts.ca.gov
  Phone:       (510) 267-6939

  The Court prefers that reservations for the Law and Motion calendar be made by e-mail.

- Ex Parte Matters
  Email:       Dept23@alameda.courts.ca.gov
  Phone:       (510) 267-6939

## Tentative Rulings

The court will issue tentative rulings in accordance with the Local Rules. Tentative rulings will become the Court's order unless contested in accordance with the Local Rules. Tentative rulings will be available at:

- Website:  www.alameda.courts.ca.gov/domainweb, Calendar Information for Dept. 23

- Phone:  1-866-223-2244

Dated:  03/27/2008                    Executive Officer / Clerk of the Superior Court

                                      By    _Carrie Simmons_ <sub>Digital</sub>
                                      _____
                                                Deputy Clerk

---

**CLERK'S CERTIFICATE OF MAILING**

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice by placing copies in envelopes addressed as shown on the attached Notice of Initial Case Management Conference and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 03/28/2008

Page 3 of 4

By _____
Deputy Clerk

Page 4 of 4

-20-

**EXHIBIT B**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

Hermy A. Fuentes and Virginia Fuentes

**DEFENDANTS**

Primerica Life Insurance Company

**(b)** County of Residence of First Listed Plaintiff (Except in U S Plaintiff Cases):
San Francisco, California

County of Residence of First Listed Defendant (In U S. Plaintiff Cases Only)
Resident of the State of Georgia

**(c)** Attorneys (Firm Name, Address and Telephone Number If you are representing yourself, provide same.)
Gordon J. Finwall, Esq.        Telephone: (408) 350-4041
Finwall Law Offices
1501 The Alameda
San Jose, CA 95126

Attorneys (If Known)
Gail E. Cohen (093210) / Sarah Houshiar (235084)
Barger & Wolen LLP        Telephone: (213) 680-2800
633 West Fifth Street, 47th Floor
Los Angeles, CA 90071

---

**II. BASIS OF JURISDICTION** (Place an X in one box only)

☐ 1 U S Government Plaintiff

☐ 3 Federal Question (U S Government Not a Party)

☐ 2 U S Government Defendant

☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. ORIGIN** (Place an X in one box only)

☐ 1 Original Proceeding
☑ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT    JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No    ☑ **MONEY DEMANDED IN COMPLAINT: $** $150,000 plus interest

**VI. CAUSE OF ACTION** (Cite the U S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity)
Breach of Contract

---

**VII. NATURE OF SUIT** (Place an X in one box only)

| OTHER STATUTES | CONTRACT | TORTS | TORTS | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☑ 110 Insurance | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 310 Airplane | ☐ 370 Other Fraud | | ☐ 720 Labor/Mgmt Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 730 Labor/Mgmt Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc | ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 791 Empl Ret Inc Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities /Exchange | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info Act | ☐ 230 Rent Lease & Ejectment | | ☐ 440 Other Civil Rights | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U S Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

---

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No ☐ Yes

If yes, list case number(s) _____

**FOR OFFICE USE ONLY:**    Case Number. _____

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

### AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑ No  ☐ Yes

If yes, list case number(s) _____    _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present

---

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff

Alameda

List the California County, or State if other than California, in which **EACH** named defendant resides  (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named defendant

Primerica Life Insurance Company: Incorporated in Massachusetts, with its principal place of business in Duluth, Georgia

**List the California County**, or State if other than California, in which **EACH** claim arose  (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved

Alameda

---

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____    Date  4/29/08

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969 (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended, plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |