**CONFORMED**

1  Gail E. Cohen (093210),
   gcohen@barwol.com
2  Sarah Houshiar (235084),
   shoushiar@barwol.com
3  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
4  Los Angeles, California 90071  E-filing
   Telephone: (213) 680-2800
5  Facsimile: (213) 614-7399

6  Attorneys for Defendant
   Primerica Life Insurance Company
7

**ORIGINAL FILED**

APR 29 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8             UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA
10

11  HERMY A. FUENTES and VIRGINIA    )   CASE NO. C08-02210 MMC
    FUENTES,                         )
12                                   )
           Plaintiffs,                )   DEFENDANT PRIMERICA LIFE
13                                   )   INSURANCE COMPANY'S
       vs.                           )   **CERTIFICATION AND NOTICE
14                                   )   OF INTERESTED PARTIES**
    PRIMERICA LIFE INSURANCE         )
15  COMPANY and DOES 1 through 20,   )
                                     )   Complaint Filed: March 24, 2008
16         Defendants.                )
                                     )
17

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office\10406\018\08pleadings\removal - notice of interested parties (fed ct).doc

TO THE COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned, counsel of record for Defendant Primerica Life Insurance Company ("Primerica") certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Defendant Primerica;
2. Citigroup Insurance Holding Corporation the parent company of Primerica;
3. Associate Madison Companies, Inc. the parent company of Citigroup Insurance Holding Corporation; and
4. Citigroup Inc. the parent company of Associate Madison Companies, Inc.

Citigroup Inc. is the only publicly-traded corporation among the foregoing corporations.

Dated: April 22, 2008                    BARGER & WOLEN LLP

                                         By: _____
                                         GAIL E. COHEN
                                         SARAH HOUSHIAR
                                         Attorneys for Defendant Primerica
                                         Life Insurance Company

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-