CONFORMED

1  Gail E. Cohen (093210),
   gcohen@barwol.com
2  Sarah Houshiar (235084),
   shoushiar@barwol.com
3  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
4  Los Angeles, California 90071
   Telephone: (213) 680-2800
5  Facsimile: (213) 614-7399

E-filing

ORIGINAL FILED
APR 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

6  Attorneys for Defendant
   Primerica Life Insurance Company
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 HERMY A. FUENTES and VIRGINIA    ) CASE NO. C08-02210 MMC
   FUENTES,                          )
12                                   )
13         Plaintiffs,               ) DEFENDANT PRIMERICA LIFE
                                     ) INSURANCE COMPANY'S
14      vs.                          ) CORPORATE DISCLOSURE
                                     ) STATEMENT
15 PRIMERICA LIFE INSURANCE          )
   COMPANY and DOES 1 through 20,    ) [Pursuant to Fed. R. Civ. Proc. 7.1]
16                                   )
         Defendants.                 ) Complaint Filed: March 24, 2008
17 _____ )

18

19

20

21

22

23

24

25

26

27

28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office\10406\018\08pleadings\removal - corporate discl (fed ct).doc

1  TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
2  DISTRICT OF CALIFORNIA:

4      PLEASE TAKE NOTICE that the undersigned, counsel of record for
5  Defendant Primerica Life Insurance Company ("Primerica") hereby makes the
6  following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

8      Primerica is a subsidiary of Citigroup Insurance Holding Corporation, which
9  in turn is a subsidiary of Associate Madison Companies, Inc.  Associate Madison
10 Companies, Inc. is a subsidiary of Citigroup Inc.  Citigroup Inc. is the only publicly-
11 traded corporation among the foregoing corporations.  No publicly held corporation
12 owns 10% or more of Primerica stock.

15 Dated:  April 22, 2008              BARGER & WOLEN LLP

17                                                   By: _____
                                                          GAIL E. COHEN
18                                                        SARAH HOUSHIAR
                                                          Attorneys for Defendant Primerica
19                                                        Life Insurance Company

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES CA 90071
(213) 680-2800

-2-