1  Gail E. Cohen (093210),
   gcohen@barwol.com
2  Sarah Houshiar (235084),
   shoushiar@barwol.com
3  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
4  Los Angeles, California 90071
   Telephone: (213) 680-2800
5  Facsimile: (213) 614-7399

6  Attorneys for Defendant
   Primerica Life Insurance Company
7

**ORIGINAL
FILED**

**APR 2 9 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11  HERMY A. FUENTES and VIRGINIA        )   CASE NO. C08-02210 MMC
    FUENTES,                            )
12                                      )
              Plaintiffs,               )
13                                      )   PROOF OF SERVICE
        vs.                             )
14                                      )
    PRIMERICA LIFE INSURANCE            )
15  COMPANY and DOES 1 through 20,      )   Complaint Filed: March 24, 2008
                                        )
16            Defendants.               )
                                        )
17  ──────────────────────────────────

18

19

20

21

22

23

24

25

26

27

28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office\10406\018\08pleadings\caption- federal.doc

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071-2043.

On **April 29, 2008**, I served the foregoing document(s) described as:

**CIVIL COVER SHEET**

**DEFENDANT PRIMERICA LIFE INSURANCE COMPANY'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332, 1441 and 1446; DECLARATIONS OF MAUREEN M. MIDDLETON AND SARAH HOUSHIAR IN SUPPORT**

DEFENDANT PRIMERICA LIFE INSURANCE COMPANY'S **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

DEFENDANT PRIMERICA LIFE INSURANCE COMPANY'S **CORPORATE DISCLOSURE STATEMENT**

**CERTIFICATE OF SERVICE** OF NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT

on the interested parties in this action by placing [ ] the original [ X ] a true copy thereof enclosed in sealed envelope addressed as:

Gordon J. Finwall
Finwall Law Offices
1501 The Alameda
San Jose, CA  95126
Tel.:  (408) 350-4041
Fax:  (408) 350-4042

**[ X ] BY MAIL**

[ X ]    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

NAME:  Susan Lincoln

_____
(Signature)

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office\10406\018\08pleadings\proof - federal.doc

PROOF OF SERVICE