IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMY A. FUENTES and VIRGINIA FUENTES, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>PRIMERICA LIFE INSURANCE COMPANY,<br><br>    Defendant<br>_____/ | No. C-08-2210 MMC<br><br>**DIRECTIONS TO CLERK TO REMOVE EXHIBIT FROM PUBLIC FILE AND TO FILE IT UNDER SEAL; DIRECTIONS TO DEFENDANT** |

     On April 29, 2008, defendant filed a Notice of Removal and also filed a Certificate of Service, attached to which is a copy of the Notice of Removal. Exhibit B to the Notice of Removal is a document in which defendant discloses each plaintiff's entire social security number and each plaintiff's date of birth.

     Defendant, by filing Exhibit B, has violated Civil Local Rule 3-17(a), which prohibits a party from filing an individual's entire social security number and an individual's date of birth. Where it is necessary to include an individual's social security number in a filing, "only the last four digits of that number should be used," see Civil L.R. 3-17(a)(1), and where it is necessary to include an individual's date of birth in a filing, "only the year should be used," see Civil L.R. 3-17(a)(3). Here, the Court can ascertain no purpose to defendants' filing even the last four digits of each plaintiff's social security numbers and

1 each plaintiff's birthdate.[1] Nevertheless, to the extent defendant was of the view that such
2 material had some relevance to the Notice of Removal, defendant should not have filed
3 Exhibit B without first redacting the document as is required by the Civil Local Rules of this
4 District.

5     In order to protect each plaintiff's privacy, the Court hereby DIRECTS the Clerk of
6 the Court to remove from the public file Exhibit B to the Notice of Removal, both as
7 attached to the Notice of Removal and as attached to the Certificate of Service, and to file
8 Exhibit B under seal.

9     Further, defendant is DIRECTED to omit Exhibit B from the PDF copy of the Notice
10 of Removal and Certificate of Service defendant is required to email to the Clerk of the
11 Court. See General Order 45, V.B.

12     **IT IS SO ORDERED.**

14 Dated: May 2, 2008

                                           MAXINE M. CHESNEY
                                           United States District Judge

---

[1] Defendant asserts Exhibit B establishes the state of which each plaintiff is a citizen. (See Notice of Removal ¶¶ 4, 5.) The plaintiffs' social security numbers and birthdates have no bearing on such issue.

2