UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HERMY A. FUENTES

        Plaintiff(s),

v.

PRIMERICA LIFE INSURANCE
COMPANY
        Defendant(s).
_____/

Case No. 08-02210 MMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 14, 2008

Dated: July 14, 2008

                                                           Primerica Life Insurance
                                                          [Party]

                                                          Gail E. Cohen, Esq.
                                                          [Counsel]