UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HERMY A. FUENTES

CASE NO. 08-02210-MMC

Plaintiff(s),

v.

PRIMERICA LIFE INSURANCE
COMPANY

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).

_____/

Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE)   (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓   Private ADR *(please identify process and provider)* Unknown at this time

The parties agree to hold the ADR session by:
the presumptive deadline *(The deadline is 90 days from the date of the order
referring the case to an ADR process unless otherwise ordered. )*

✓   other requested deadline 180 days from the date of the order referring the case to ADR

Dated: July 14, 2008

Attorney for Plaintiff

Dated: July 14, 2008

Attorney for Defendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
Non-binding Arbitration
Early Neutral Evaluation (ENE)
Mediation
✓    Private ADR

Deadline for ADR session
90 days from the date of this order.
✓    other    180 days from the date of

IT IS SO ORDERED.

Dated:_____                    _____
                                        The Honorable Judge Maxine M. Chesney
                                        UNITED STATES DISTRICT        JUDGE