UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HERMY A. FUENTES

                CASE NO. 08-02210-MMC

        Plaintiff(s),

        v.                STIPULATION AND [PROPOSED]

PRIMERICA LIFE INSURANCE      ORDER SELECTING ADR PROCESS
COMPANY

        Defendant(s).

_____/

     Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
   ✓   Private ADR *(please identify process and provider)* Unknown at this time

The parties agree to hold the ADR session by:
      the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

   ✓   other requested deadline  180 days from the date of the order referring the case to ADR

Dated: July 14, 2008

                                       Attorney for Plaintiff

Dated: July 14, 2008

                                       Attorney for Defendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- ✓ Private ADR

Deadline for ADR session
- 90 days from the date of this order.
- ✓ other   180 days from the date of this order.

IT IS SO ORDERED.

Dated: July 15, 2008

_____
The Honorable Judge Maxine M. Chesney
UNITED STATES DISTRICT      JUDGE