1  Gordon J. Finwall, SB #141777
   FINWALL LAW OFFICES
2  1501 The Alameda
   San Jose, CA 95126
3    (408) 350-4041
   FAX (408) 350-4042
4
   Attorneys for Plaintiffs

IN UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMY A. FUENTES and VIRGINIA FUENTES,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>PRIMERICA LIFE INSURANCE COMPANY and DOES 1 through 20,<br><br>　　　　Defendants. | NO.　C 08-02210 MMC<br><br>STIPULATION AND ORDER ALLOWING COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE |

**IT IS HEREBY STIPULATED** by and between counsel for the parties hereto that counsel for all parties may appear telephonically at the case management conference currently scheduled for August 1, 2008 at 10:30 a.m., as the offices of counsel for plaintiffs HERMY A. FUENTES and VIRGINIA FUENTES and counsel for defendant PRIMERICA LIFE INSURANCE COMPANY are located at San Jose, California and Los Angeles, California, respectively.

DATED: 7/29/08

FINWALL LAW OFFICES

By: _____
GORDON J. FINWALL, Attorneys
Plaintiffs

STIPULATION AND ORDER ALLOWING
COUNSEL TO APPEAR TELEPHONICALLY AT CASE
MANAGEMENT CONFERENCE                            1

1  DATED: 7/29/08                                BARGER & WOLEN, LLP

2

3                                                By: _____
                                                    GAIL E. COHEN, Attorneys for
4                                                   Defendant

5                             **O R D E R**

6          **IT IS SO ORDERED.**

7  DATED:
                                                 _____
8                                                HONORABLE MAXINE M. CHESNEY

STIPULATION AND ORDER ALLOWING COUNSEL
TO APPEAR TELEPHONICALLY AT CASE
MANAGEMENT CONFERENCE                    2