1  Gordon J. Finwall, SB #141777
   FINWALL LAW OFFICES
2  1501 The Alameda
   San Jose, CA  95126
3    (408) 350-4041
   FAX (408) 350-4042
4
   Attorneys for Plaintiffs
5

6

7

8                    IN UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 HERMY A. FUENTES and VIRGINIA    )   NO.   C 08-02210 MMC
   FUENTES,                         )
12                                  )   STIPULATION AND ORDER ALLOWING
              Plaintiffs,           )   COUNSEL TO APPEAR TELEPHONICALLY
13                                  )   AT CASE MANAGEMENT CONFERENCE
   vs.                              )
14                                  )
   PRIMERICA LIFE INSURANCE         )
15 COMPANY and DOES 1 through 20,   )
                                    )
16            Defendants.           )
                                    )
17 _____ )

18        **IT IS HEREBY STIPULATED** by and between counsel for the parties hereto that

19 counsel for all parties may appear telephonically at the case management conference currently scheduled

20 for August 1, 2008 at 10:30 a.m., as the offices of counsel for plaintiffs HERMY A. FUENTES and

21 VIRGINIA FUENTES and counsel for defendant PRIMERICA LIFE INSURANCE COMPANY are

22 located at San Jose, California and Los Angeles, California, respectively.

23 DATED: 7/29/08                              FINWALL LAW OFFICES

24

25                                             By: _____
                                                   GORDON J. FINWALL, Attorneys
26                                                 Plaintiffs

27

28

STIPULATION AND ORDER ALLOWING
TO APPEAR TELEPHONICALLY AT CASE
MANAGEMENT CONFERENCE              1

```
1  DATED: 7/29/08                     BARGER & WOLEN, LLP
2
3                                     By: _____
4                                         GAIL E. COHEN, Attorneys for
                                          Defendant
5
                        O R D E R
6
7        IT IS SO ORDERED.
                                      [signature]
   DATED: July 31, 2008               _____
8                                     HONORABLE MAXINE M. CHESNEY
```

STIPULATION AND ORDER ALLOWING COUNSEL
TO APPEAR TELEPHONICALLY AT CASE
MANAGEMENT CONFERENCE                 2