**CIVIL MINUTES**  E-filing

**Judge MAXINE M. CHESNEY**

Date: AUG X 1 2008

C-08-2210-MMC

Helmy Fuentes et al   v.   Primerica Life Insurance Co.

Attorneys:   Gordon Finwall      Gail Cohen

Deputy Clerk: **TRACY LUCERO**      Reporter:   Not Reported

**PROCEEDINGS:**      **RULING:**

1. _____
2. _____
3. _____
4. _____

( ) Status Conference   ( ) P/T Conference   (✓) Initial Case Management Conference (by phone)

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 7/31/09. Meet & confer by 9/14/09. Joint statement due by 8/21/09.

(✓) ORDER TO BE PREPARED BY:   Pltf____  Deft____  Court ✓

(✓) Referred to ~~Magistrate~~ For: Private mediation by agreement of the parties
   (✓) By Court
(✓) CASE CONTINUED TO 8/28/09 @ 10:30  for Further Status Conference (by phone)

Discovery Cut-Off   4/1/09         Expert Discovery Cut-Off   7/17/09

π/Δ
~~Pltf~~ to Name Experts by   6/1/09      π/Δ Rebuttal
                                          ~~Deft~~ to Name Experts by   6/15/09

P/T Conference Date 10/20/09 @ 3:00  Trial Date 11/2/09 @ 9:00  Set for 5 days
                    Type of Trial: (✓)Jury   ( )Court
Notes: _____

CC: ADR (15 min)