UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMY A. FUENTES and VIRGINIA FUENTES,<br><br>    Plaintiffs,<br><br>vs.<br><br>PRIMERICA LIFE INSURANCE COMPANY and DOES 1 through 20,<br><br>    Defendants. | CASE NO.: C 08-02210 MMC<br><br>[PROPOSED] ORDER OF DISMISSAL |

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(A)(ii).

Dated: April 30, 2009

_____
Hon. Maxine M. Chesney